| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | TONY CONG VAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-82 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| TONY CONG VAN, | ) | Date: May 18, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Tony Cong Van, that the status conference scheduled for May 18, 2018, at 9:00 a.m., be vacated and the matter continued to June 29, 2018, at 9:00 a.m. for a status conference.

Defense counsel needs additional time to review additional discovery and conduct further investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 29, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Stipulation and Proposed Order -1-

| | |
|---|---|
| DATED: May 16, 2018 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for ABDUL BRASIER HASHIMI |
| DATED: May 16, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Justin Lee*<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 8, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 18, 2018 status conference shall be continued until June 29, 2018, at 9:00 a.m.

Dated: May 17, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge